**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services, Respondent,

v.

Norma J. Walker, Steve Holmes, John Waller, Defendants.

Of Whom Norma J. Walker is the Appellant,

In the interest of minors under the age of eighteen.

Appellate Case No. 2014-001057

———————————

Appeal From Greenville County
Harry L. (Don) Phillips, Jr., Family Court Judge

———————————

Unpublished Opinion No. 2014-UP-358
Submitted October 2, 2014 – Filed October 9, 2014

———————————

**AFFIRMED**

———————————

John Brandt Rucker, of Brandt Rucker Attorney At Law, of Greenville, for Appellant.

Rebecca Rush Wray, of the South Carolina Department of Social Services, of Greenville, for Respondent.

Don J. Stevenson, of Greenville, for Guardian ad Litem.

---

**PER CURIAM:**  Norma J. Walker appeals the family court's order of removal. Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), and *S.C. Dep't of Soc. Servs. v. Frederick Downer, Sr.*, S.C. Sup. Ct. Order dated Feb. 2, 2005, we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling and grant counsel's motion to be relieved.

**AFFIRMED.**[1]

**HUFF, SHORT, and KONDUROS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.